THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
IRA A. DAVES
Assistant United States Attorney
California Bar No. 156724
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone:  (213) 894-2443
    Fax: (213) 894-7819
    E-Mail: Ira.Daves@usdoj.gov

Attorneys for Defendants United States Citizenship and
Immigration Service and Christina Poulos

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| MARIA F. ALVARADO-DIAZ, *et al.*, | ) ) ) | NO. SACV 07-1397-AG(RNBx) |
|     Plaintiffs, | ) ) ) | ORDER APPROVING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE |
|     v. | ) ) | |
| U.S.C.I.S., *et al.*, | ) ) ) | Hon. Andrew J. Guilford United States District Judge |
|     Defendants. | ) ) | |

1          The Court hereby APPROVES the parties' Joint Stipulation

2    dismissing this action in its entirety with prejudice.

3
     IT IS SO ORDERED.
4
     DATED: February 26, 2008___
5
                                        _____
6                                       THE HONORABLE ANDREW J. GUILFORD
                                        United States District Judge
7

8    Presented by:

9    THOMAS P. O'BRIEN
     United States Attorney
10   LEON W. WEIDMAN
     Assistant United States Attorney
11   Chief, Civil Division

12

13   _____/s/_____
     IRA A. DAVES
14   Assistant United States Attorney
     Attorneys for Defendants
15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2